118 F.3d 1576
 Krueger Associates, Inc., as Trading as National Fulfillment Services
v.
American District Telegraph Company of Pennsylvania, ADT
Security Systems, Inc. v. Eugene Krueger, d/b/a Holmes
Corporate Center, d/b/a Holmes Industrial Office Center,
Samuel Mendicino, d/b/a Holmes Corporate Center, d/b/a
Holmes Industrial Office Center, Eugene Krueger, Samuel
Mendicino, d/b/a Holmes Corporate Center, Holmes Industrial
Office Center, Krueger Associates, Inc., is Appellant in No.
 NOS. 96-1950, 96-1977
 United States Court of Appeals,
Third Circuit.
 June 23, 1997
 Appeal From: E.D.Pa. ,No.93cv01040
 
 1
 Appeal Dismissed.